April 18, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MARK THORNTON AND DEBRA DEMPSEY THORNTON, Appellants

NO. 14-11-01092-CV                    V.

AMANDA CASH AND DANA VARNEY, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Amanda Cash and Dana Varney, signed September 22, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Mark Thornton and Debra Dempsey Thornton, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.